IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

CHARLENE WEBB,

Debtor.

Bankruptcy No. 05-24648

Judge A. Benjamin Goldgar
Chapter 13

*INTERIM* ORDER GRANTING MOTION TO TRANSFER TITLE OF THE AUTO IN DEBTOR'S CHAPTER 13 PLAN TO THE DEBTOR AND TO INCUR ADDITIONAL FINANCING TO OBTAIN AN REPLACEMENT AUTO.

This cause coming to be heard on the motion of the Debtor, Charlene Webb, to obtain the title to the auto in her Chapter 13 Plan and to incur additional financing, the Court having jurisdiction over the parties and the subject matter, being fully advised, due notice having been given to all parties entitled thereto:

IT IS HEREBY ORDERED:

1) ~~That~~ That Nuvell is ~~order~~ *permitted* to transfer the title to the 2001 Pontiac Aztec currently in Debtor's Chapter 13 Plan to the Debtor, and

2) ~~Debtor is allowed to trade in the Pontiac Aztec to Car Max, and~~

~~3)~~ 2) Debtor is permitted to incur additional financing of approximately $14,587.30 to purchase a 2004 Chrysler Sebring from Car Max.

3) This motion is set for a final hearing on January 29, 2008, at 10:30am. Notice of the final hearing shall be given to all creditors.

Entered:

1/8/08
Dated

United States Bankruptcy Judge

WILLIAM S. MOYLAN
Attorney for Debtor
18610 Heather Court
Homewood, IL 60430
Phone: (708) 704-5923